HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Counsel for Defendant
Wendell Moton

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　*Plaintiff,*<br><br>　vs.<br><br>WENDELL MOTON,<br><br>　　　　　*Defendant.* | No. 1:14-cr-00017 LJO<br>No. 1:11-cr-00249 LJO<br><br>STIPULATION TO CONTINUE<br>SENTENCING,  ORDER THEREON (note date)<br><br>Date:　September 15, 2014<br>Time:　8:30 a.m.<br>Judge:　Hon. Lawrence J. O'Neill |

　　　IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, KIMBERLY A. SANCHEZ, Assistant United States Attorney, counsel for plaintiff, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for defendant Wendell Moton, that the date for sentencing in this matter may be continued to **September 15, 2014, at 8:30 a.m.**, or the soonest date thereafter that is convenient to the court.  Sentencing is currently scheduled for **August 25, 2014, at 8:30 a.m.**

　　　Mr. Moton entered an 11(c)(1)(C) plea agreement which included a stipulated sentence regarding his new case (No. 1:14-cr-00017 LJO), and his related supervised release violation (No. 1:11-cr-00249 LJO).  On August 13, 2014, counsel was advised counsel that based on what is before the Court, it was not inclined to follow the plea agreement. Because Mr. Moton is housed at Lerdo, counsel was only able to discuss this with Mr. Moton on Monday, August 18, 2014. Also, counsel did not receive the supervised release Dispositional Memorandum until August 19,

and will not have an opportunity to discuss it with Mr. Moton prior to the currently scheduled hearing date of August 25, 2014. This continuance is requested to allow additional time for Mr. Moton to decide how he wishes to proceed if the Court declines to follow the plea agreement, to allow time for counsel to review the Dispositional Memorandum with Mr. Moton, and to allow time to present additional information for the Court's consideration prior to deciding whether to accept the plea agreement.

The parties agree that any delay resulting from the continuance shall be excluded as necessary for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(B)(iv). For this reason, the ends of justice served by the granting of the requested continuance outweigh the interests of the public and the defendant in a speedy trial.

BENJAMIN B. WAGNER
United States Attorney

DATED: August 19, 2014          By:     /s/ *Kimberly A. Sanchez*
                                        KIMBERLY A. SANCHEZ
                                        Assistant U. S. Attorney
                                        Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

DATED: August 19, 2014          By:     /s/ *Eric V. Kersten*
                                        ERIC V. KERSTEN
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        Wendell Moton

O R D E R

The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C.§§ 3161(h)(7)(A) and 3161(B)(iv). Hearing now set for 10:00 a.m. on September 22, 2014.

IT IS SO ORDERED.

Dated:   **August 20, 2014**              /s/ Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE